B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of Texas

In re  **Assured Pharmacy, Inc.**

Debtor(s)

Case No. __15-40389__

Chapter **11**

## CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **HD Smith Wholesale Drug Co.**<br>3063 Fiat Ave.<br>Springfield, IL | **HD Smith Wholesale Drug Co.**<br>3063 Fiat Ave.<br>Springfield, IL | | | **4,128,396.00**<br><br>**(0.00 secured)** |
| **Hillair Capital Investments, L.P.**<br>330 Primrose Rd., #660<br>Burlingame, CA 94010 | **Hillair Capital Investments, L.P.**<br>330 Primrose Rd., #660<br>Burlingame, CA 94010 | **Debenture** | | **1,322,400.00** |
| **AQR Capital Management, LLC**<br>CNH Partners, LLC<br>Two Greenwich Plaza, 3rd Fl.<br>Greenwich, CT 06830 | **AQR Capital Management, LLC**<br>CNH Partners, LLC<br>Two Greenwich Plaza, 3rd Fl.<br>Greenwich, CT 06830 | **debenture** | | **462,000.00** |
| **Coventry Enterprises, LLC**<br>c/o Brian T. Corrigan<br>Corrigan & Morris, LLP<br>201 Santa Monica Blvd., #475<br>Santa Monica, CA 90401-2212 | **Coventry Enterprises, LLC**<br>c/o Brian T. Corrigan<br>Corrigan & Morris, LLP<br>Santa Monica, CA 90401-2212 | **settlement** | | **140,338.00** |
| **BDO**<br>P.O. Box 31001-0860<br>Pasadena, CA 91110-0860 | **BDO**<br>P.O. Box 31001-0860<br>Pasadena, CA 91110-0860 | **Professional fees** | | **102,406.26** |
| **Quarles & Brady LLP**<br>411 East Wisconsin Ave., #2040<br>Milwaukee, WI 53202-4497 | **Quarles & Brady LLP**<br>411 East Wisconsin Ave., #2040<br>Milwaukee, WI 53202-4497 | **Attorney fees** | | **96,026.00** |
| **Cerner Healthcare Solutions**<br>P.O. Box 412732<br>Kansas City, MO 64141-2732 | **Cerner Healthcare Solutions**<br>P.O. Box 412732<br>Kansas City, MO 64141-2732 | **Trade debt** | | **54,404.01** |
| **Anda, Inc.**<br>2915 Weston Rd.<br>Fort Lauderdale, FL 33331 | **Anda, Inc.**<br>2915 Weston Rd.<br>Fort Lauderdale, FL 33331 | **Trade debt** | | **52,337.41** |
| **Stratcon Partners, LLC**<br>15879 N. 80th St., #400<br>Scottsdale, AZ 85260 | **Stratcon Partners, LLC**<br>15879 N. 80th St., #400<br>Scottsdale, AZ 85260 | **Professional fees** | | **30,000.00** |
| **TPG, LLC**<br>214 Megan Ln.<br>Slidell, LA 70458 | **TPG, LLC**<br>214 Megan Ln.<br>Slidell, LA 70458 | **promissory note** | | **23,103.00** |
| **Benefactor Funding Corp**<br>P.O. Box 6240<br>Denver, CO 80206 | **Benefactor Funding Corp**<br>P.O. Box 6240<br>Denver, CO 80206 | **Trade debt** | | **20,880.48** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Assured Pharmacy, Inc.**                                    Case No.  _____

                    Debtor(s)

# CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Ontrac**<br>**Attn: Ed Arnoldi**<br>**274 Wattis Way**<br>**South San Francisco, CA 94080** | **Ontrac**<br>**Attn: Ed Arnoldi**<br>**274 Wattis Way**<br>**South San Francisco, CA 94080** | **Trade debt** | | **18,724.87** |
| **Issuer Direct Corporation**<br>**500 Perimeter Park Dr., #D**<br>**Morrisville, NC 27560** | **Issuer Direct Corporation**<br>**500 Perimeter Park Dr., #D**<br>**Morrisville, NC 27560** | **SEC Reporting** | | **17,014.09** |
| **Saville, Dodgen & Company, PLL**<br>**700 N. Pearl, #1100**<br>**Dallas, TX 75201** | **Saville, Dodgen & Company, PLL**<br>**700 N. Pearl, #1100**<br>**Dallas, TX 75201** | **Professional fees** | | **16,717.00** |
| **Professional Express**<br>**1140 W. Cambridge Cir.**<br>**Kansas City, KS 66103** | **Professional Express**<br>**1140 W. Cambridge Cir.**<br>**Kansas City, KS 66103** | **Trade debt** | | **15,737.42** |
| **Grayhawk Ins. and Risk Mgmt.**<br>**1740 N. Collins Blvd., #200**<br>**Richardson, TX 75080** | **Grayhawk Ins. and Risk Mgmt.**<br>**1740 N. Collins Blvd., #200**<br>**Richardson, TX 75080** | **Insurance** | | **14,839.07** |
| **Send, Inc.**<br>**117 E. Louisa St., # 267**<br>**Seattle, WA 98102** | **Send, Inc.**<br>**117 E. Louisa St., # 267**<br>**Seattle, WA 98102** | **Trade debt** | | **14,711.24** |
| **Valulink, LLC**<br>**Attn: Accounts Receivable**<br>**4265 Rickover Cr.**<br>**Dallas, TX 75244** | **Valulink, LLC**<br>**Attn: Accounts Receivable**<br>**4265 Rickover Cr.**<br>**Dallas, TX 75244** | **Valuation Company for SEC Reporting** | | **11,683.35** |
| **World Courier Ground, Inc.**<br>**P.O. Box 64646**<br>**Baltimore, MD 21264** | **World Courier Ground, Inc.**<br>**P.O. Box 64646**<br>**Baltimore, MD 21264** | **Trade debt** | | **10,390.48** |
| **Postal Express**<br>**P.O. Box 864**<br>**Bellevue, WA 98009** | **Postal Express**<br>**P.O. Box 864**<br>**Bellevue, WA 98009** | **Trade debt** | | **9,416.60** |
| **Lane Powell Attorneys**<br>**1420 Fifth Ave., #4100**<br>**Seattle, WA  98101-2339** | **Lane Powell Attorneys**<br>**1420 Fifth Ave., #4100**<br>**Seattle, WA  98101-2339** | **Attorneys' Fees** | | **8,160.25** |
| **Careerstaff RX**<br>**c/o Careerstaff Unlimited**<br>**P.O. Box 301076**<br>**Dallas, TX  75303-1076** | **Careerstaff RX**<br>**c/o Careerstaff Unlimited**<br>**P.O. Box 301076**<br>**Dallas, TX  75303-1076** | **Trade debt** | | **7,320.75** |
| **McDonald Hopkins, LLC**<br>**300 N. LaSalle St., #2100**<br>**Chicago, IL  60654** | **McDonald Hopkins, LLC**<br>**300 N. LaSalle St., #2100**<br>**Chicago, IL  60654** | **Trade debt** | | **7,318.50** |
| **123 Edgar Direct, Inc.**<br>**2421 Tech Center Ct., #100**<br>**Las Vegas, NV  89128** | **123 Edgar Direct, Inc.**<br>**2421 Tech Center Ct., #100**<br>**Las Vegas, NV  89128** | **Trade debt** | | **6,744.00** |
| **Krieger & Prager, LLP**<br>**39 Broadway, #920**<br>**New York, NY  10006** | **Krieger & Prager, LLP**<br>**39 Broadway, #920**<br>**New York, NY  10006** | **Attorneys' fees** | | **6,700.00** |
| **James Manfredonia**<br>**150 Forest Dr.**<br>**Short Hills, NJ  07078-3207** | **James Manfredonia**<br>**150 Forest Dr.**<br>**Short Hills, NJ  07078-3207** | **Trade debt** | | **6,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Assured Pharmacy, Inc.**                                        Case No.

                               Debtor(s)

# CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Employment Security Department P.O. Box 34467 Seattle, WA  98124-1467** | **Employment Security Department P.O. Box 34467 Seattle, WA  98124-1467** | **Trade debt** | | **4,419.32** |
| **Quill Corporation P.O. Box 37600 Philadelphia, PA  19101-0600** | **Quill Corporation P.O. Box 37600 Philadelphia, PA  19101-0600** | **Trade debt** | | **4,241.07** |
| **Agelity 115 Broad Hollow Rd., #325 Melville, NY 11747** | **Agelity 115 Broad Hollow Rd., #325 Melville, NY 11747** | **Trade debt** | | **3,652.05** |
| **RX Relief 7535 N. Palm Ave., #101 Fresno, CA  93711** | **RX Relief 7535 N. Palm Ave., #101 Fresno, CA  93711** | **Trade debt** | | **3,064.99** |

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March  5, 2015**                        Signature    **/s/ Robert Delvecchio**

                                                                     **Robert Delvecchio**

                                                                     **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.