**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **In re:** § § **ASSURED PHARMACY, INC.** § § **Debtor.** § § | **CHAPTER 11 CASE** **CASE NO. 15-40389** **(Joint Administration Pending)** |
| **In re:** § § **ASSURED PHARMACY MANAGEMENT, INC.** § § **Debtor.** § § | **CHAPTER 11 CASE** **CASE NO. 15-40399** |
| **In re:** § § **ASSURED PHARMACY DALLAS, INC.** § § **Debtor.** § § | **CHAPTER 11 CASE** **CASE NO. 15-40391** |
| **In re:** § § **ASSURED PHARMACY GRESHAM, INC.** § § **Debtor.** § § | **CHAPTER 11 CASE** **CASE NO. 15-40393** |
| **In re:** § § **ASSURED PHARMACY KANSAS, INC.** § § **Debtor.** § § | **CHAPTER 11 CASE** **CASE NO. 15-40394** |
| **In re:** § § **ASSURED PHARMACIES, INC.** § § **Debtor.** § § | **CHAPTER 11 CASE** **CASE NO. 15-40395** |
| **In re:** § § **ASSURED PHARMACY NORTHWEST, INC.** § § **Debtor.** § § | **CHAPTER 11 CASE** **CASE NO. 15-40397** |
| **In re:** § § **ASSURED PHARMACY BOSTON, INC.** § § **Debtor.** § § | **CHAPTER 11 CASE** **CASE NO. 15-40390** |

5837088.1

| | | |
|---|---|---|
| In re:<br><br>**ASSURED PHARMACY DENVER, INC.**<br><br>Debtor. | §<br>§<br>§<br>§<br>§ | **CHAPTER 11 CASE**<br><br>**CASE NO. 15-40392** |
| In re:<br><br>**CS COMPLIANCE GROUP, INC.**<br><br>Debtor. | §<br>§<br>§<br>§<br>§ | **CHAPTER 11 CASE**<br><br>**CASE NO. 15-40398** |

## NOTICE OF FIRST DAY HEARINGS

**PLEASE BE ADVISED** that an emergency on the "First Day" matters listed below will take place on **Friday, March 6, 2015 at 9:30 a.m**., before the Honorable Brenda T. Rhoades, 660 N. Central Expressway, #300B, Plano, Texas 75074. A true and correct copy of the *Order Setting Emergency Hearings on First Day Motions* [Docket No. 16] is attached hereto as **Exhibit A**.

- *Motion for Order Directing Joint Administration of Chapter 11 Bankruptcy Cases [Docket No. 6]*

- *Motion for Designation as Complex Chapter 11 Bankruptcy Cases [Docket No. 7]*

- *Motion Pursuant to 11 U.S.C. §§ 105, 345 and 363 Authorizing Use of Existing Bank Accounts [Docket No. 9]*

- *Motion for Order (i) Allowing Certain Employees' Prepetition Priority Claims Pursuant to 11 U.S.C. § 507(a) for Certain Benefits Accrued Prepetition; (ii) Authorizing the Debtors to (a) Maintain and Honor Their Employee Compensation Obligations and (b) Pay Employees' Priority Claims; and (iii) Compelling Certain Financial Institutions to Honor Prepetition Transfers [Docket No. 8]*

- *Motion For Interim and Final Authority to Use Cash Collateral, Obtain Debtor in Possession Financing, and Determining Adequate Protection, Superpriority Claims and Liens [Docket No. 10]*

- *Motion for Order (i) Approving the Disclosure Statement on an Expedited Basis; (ii) Establishing Solicitation Procedures; and (iii) Scheduling an Expedited Hearing to Consider Confirmation [Docket No. 13]*

**OF THIS NOTICE TAKE DUE REGARD.**

Dated: March 5, 2015                    Respectfully submitted,

                            **COX SMITH MATTHEWS INCORPORATED**

                        By: */s/ Aaron M. Kaufman*
                            George H. Tarpley
                            State Bar No 19648000
                            gtarpley@coxsmith.com
                            Aaron M. Kaufman
                            State Bar No. 24060067
                            akaufman@coxsmith.com
                            1201 Elm Street, Suite 3300
                            Dallas, Texas 75270
                            (214) 698-7800
                            (214) 698-7899 (Fax)

                            **PROPOSED ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION**

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing document has been served this 5th day of March, 2015 either (1) electronically by the Court's PACER system, (2) electronically by email or fax transmission (as noted on the service list), and/or (3) by Federal Express Overnight Delivery or United States Postal Service Priority Overnight Mail, postage prepaid, to the parties on the attached list. Copies of the documents were also published on the following website: http://info.coxsmith.com/Assured_Pharmacy.html.

                            */s/ Aaron M. Kaufman*
                            Aaron M. Kaufman